Ruby GIBSON et al. v. BUNA INDEPEND-
ENT SCHOOL DIST.

No. 2227.

Court of Civil Appeals of Texas. Beaumont.
April 28, 1932.

O. M. Lord and J. A. Veillon, both of Beaumont, for plaintiffs in error.

Lewis Lanier, of Jasper, for defendant in error.

WALKER, J.

This is a companion case with Lillie Ratcliff v. Buna Independent School District, 46 S.W.(2d) 459, to which we refer for a statement of the nature and result of the suit and character of judgment entered.

For the reasons stated in that case, the judgment herein is in all things affirmed.